THE ATTORNEY GENERAL
OF TEXAS
ATTORNEY GENERAL



May 12, 1966

Honorable Robert S. Calvert     Opinion No. C-680
Comptroller of Public Accounts
Austin, Texas                Re:   Under Art. 35.27,
                               Vernon's Code of
                               Criminal Procedure,
                               when no funds have
                               been appropriated for
                               witness fees, what
                               will constitute a
                               filing with the Comp-
                               troller of a claim
                               for witness fees and
Dear Sir:                       related questions.

       You recently requested an opinion of this office
concerning an interpretation of Attorney General's Opin-
ion Number C-637 (1966), wherein this office held that
witness fee bills must be filed with the Comptroller of
Public Accounts within 12 months from the due and pay-
able date. Concerning the same you ask the following
questions:

       "Please advise me as to what is
necessary in this instance to consti-
tute a filing by the witness. If the
witness fee bill is submitted to this
department and received by this depart-
ment and docketed and then returned to
the witness or his assignee, would this
constitute a filing of the fee bill?
And if so, could the witness fee bill
be legally paid if money were appropri-
ated at a much later date, or at least
more than twelve months elapses between
the filing of the fee bill and the time
that an appropriation be made for its
payment? Or, should this department
maintain such fee bills on file in this
department?"

       It is the opinion of this office that a witness
fee bill is filed when the same reaches the office of
the Comptroller of Public Accounts for the purpose of
being filed. It is a well-established rule in this State

that an instrument is considered to be filed when it is placed in the hands of the proper officer for such purpose. Thomas v. Farris, 132 S.W.2d 435 (Tex.Civ.App. 1939, error dism. judgm. cor.), Civil Service Commission of City of Lufkin v. Crager, 384 S.W.2d 381 (Tex.Civ.App. 1964, error ref. n.r.e.)

Therefore, when a witness fee bill is submitted to the Department of the Comptroller of Public Accounts and received by the Comptroller of Public Accounts and docketed and then returned to the witness or his assignee, the same would constitute a filing. Whether it would be advisable to maintain such witness fee bills on file in the office of the Comptroller of Public Accounts, is an administrative matter, to be determined by your office.

The second portion of your question concerns whether or not a witness fee bill can be legally paid if the money to pay the same were appropriated more than twelve months after the filing of the witness fee bill. It is the opinion of this office that the State of Texas is obligated to pay witness fees when the same are filed within twelve months of the due and payable date with the Comptroller of Public Accounts. The date upon which the appropriation is made does not affect the obligation.

### SUMMARY

A witness fee bill is considered as being filed when it reaches the office of the Comptroller of Public Accounts for that purpose.

Witness fees can be legally paid even though the money to pay the same is appropriated more than twelve months after the witness fee bill is filed with the Comptroller of Public Accounts.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: _____

THOMAS W. MACK
Assistant Attorney General

TWM/er

Honorable Robert S. Calvert, page 3 (C-580 )


APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Douglas Chilton
Pat Bailey
Gilbert Pena
Robert Norris

APPROVED FOR THE ATTORNEY GENERAL
By:  T. B. Wright